IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEN G. LeBEAU and<br>PAMELA LeBEAU, | §<br>§<br>§ | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-11-0841 |
| | § | |
| MARATHON E.G. PRODUCTION<br>LIMITED, *et al.*, | §<br>§<br>§ | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND**

The parties' agreed motion to extend deadlines, which will not interfere with the court's Docket and Scheduling Order, is granted. (Docket Entry No. 34). The deadline to designate experts and tender reports is extended for the plaintiffs to May 25, 2012 and for the defendants to June 25, 2012. The discovery cut-off is extended to August 31, 2012.

SIGNED on May 22, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge